UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

CaptionninnConpliancnnwithnD.N.J.nLBRn9004-1(b)n

STEVEN J. ABELSON, ESQ.
ABELSON & TRUESDALE, LLC
80 West Main Street
PO Box 7005
Freehold, NJ 07728
732-462-4773  (ID # SA7987)

**Order Filed on May 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JOHN HODE

Case No.: 16-29747

Chapter: 13

Judge: MBK

### ORDER AUTHORIZING RETENTION OF

JOSEPH ALBANESE, ESQ, as Special Counsel

The relief set forth on the following page is **ORDERED**.

**DATED: May 23, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain Joseph Albanese, Esq.
as Special Counsel, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:  Joseph Albanese, Esq.
   915 Lacey Road
   Forked River, NJ 08731

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*