UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Conpliancn with D.N.J. LBR 9004-1(b)

STEVEN J. ABELSON, ESQ.
ABELSON & TRUESDALE, LLC
80 West Main Street
PO Box 7005
Freehold, NJ 07728
732-462-4773  (ID # SA7987)

**Order Filed on May 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
JOHN HODE

Case No.: 16-29747
Chapter: 13
Judge: MBK

## ORDER AUTHORIZING RETENTION OF

JOSEPH ALBANESE, ESQ, as Special Counsel

The relief set forth on the following page is **ORDERED**.

**DATED: May 23, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain __Joseph Albanese, Esq.__
as __Special Counsel__, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is: Joseph Albanese, Esq.
   915 Lacey Road
   Forked River, NJ 08731

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-29747-MBK
John Hode                                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1          Date Rcvd: May 23, 2017
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2017.
db            +John Hode,    208 Conifer Drive,    Forked River, NJ 08731-2830

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2017 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Nicholas V. Rogers    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
      Steven J. Abelson    on behalf of Debtor John  Hode sjaesq@atrbklaw.com,
       atrbk1@gmail.com;r49787@notify.bestcase.com
                                                                                                                                                                                                                                 TOTAL: 4