783329
**PHELAN HALLINAN DIAMOND & JONES, PC**
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500

<u>Attorneys for Secured Creditor: Santander Bank, N.A.</u>

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

JOHN HODE

**Order Filed on August 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No: 16-29747 - MBK

Hearing Date: 07/25/2017

Judge:  Michael B Kaplan

# CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: August 21, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**NJID 783329**
**PHELAN HALLINAN DIAMOND & JONES, PC**
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
<u>Attorneys for SANTANDER BANK, N.A.</u>

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

IN RE:

    JOHN HODE

  Debtor

CASE NO. 16-29747 - MBK

CHAPTER 13

CONSENT ORDER RESOLVING
OBJECTION TO CONFIRMATION

HEARING DATE: 07/25/2017

    This Consent Order pertains to the property located at 208 Conifer Drive, Forked River, NJ 08731-2830, mortgage account ending with "5348";

    **THIS MATTER** having been brought before the Court by Steven J. Abelson, Esquire attorney for Debtor, Dawn Hode, John Hode, upon the filing of a Chapter 13 Plan, Santander Bank, N.A. by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

    **IT IS** on the                          day of                          , 2017, ORDERED as follows:

    1.    Santander Bank, N.A. has filed a valid, secured Proof of Claim in the amount of **$71,168.67** (claim no. 8-1).

    2.    The Trustee is authorized not to pay the secured arrearage claim of Santander Bank, N.A. in the amount of **$71,168.67** (claim no. 8-1), so the debtor can apply and potentially complete a loan modification. Should the debtor qualify for a loan modification, the loan modification must be approved no later than **November 30, 2017**.

    3.    If Loan Modification is approved, Santander Bank, N.A. shall file an Amended Proof of Claim showing the amount of arrears paid to date by the Trustee.

    4.    If a loan modification is not approved by **November 30, 2017**, the debtor shall do one of the following: 1) file a Modified Plan to cure the arrearage claim of Movant; or 2) file a Modified Plan to surrender the property subject to said claim; or 3) a Notice to Convert to Chapter 7; or 4) a Notice to Dismiss Case.

5. Debtor acknowledges that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

6. This Consent Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

**PHELAN HALLINAN DIAMOND & JONES, PC**
Attorneys for Secured Creditor:
**SANTANDER BANK, N.A.**

/s/ Michael Dingerdissen
Michael Dingerdissen, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 31614
Fax: 856-813-5501
Email: michael.dingerdissen@phelanhallinan.com

Dated: 07/25/2017

/s/ Steven J. Abelson        Dated: 08/14/2017
Steven J. Abelson, Esquire
Attorney for Debtor