UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 16-29747-MBK |
| | Chapter: 7 |
| John Hode | Judge: Michael B. Kaplan |

## NOTICE OF PROPOSED ABANDONMENT

JOHN W. HARGRAVE, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk, US Bankruptcy Court
Clarkson S. Fisher U. S. Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on January 29, 2018 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:                                  Value of Property

| | | |
|---|---|---|
| 1 | 208 Conifer Drive, Forked River, NJ  08731 | $186,752.00 |

Liens on property:

| Description of Real Property | Creditors Info | Amount of Claim |
|---|---|---|
| 1  208 Conifer Drive, Forked River, NJ  08731 | 1st mort.---Santander Bank | $244,111.00 |

Amount of Equity claimed as exempt:

| Description of Real Property | Value of Claimed Exemption |
|---|---|
| 1  208 Conifer Drive, Forked River, NJ  08731 | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:            /s/ John W. Hargrave

Address:        117 Clements Bridge Road, Barrington, NJ 08007

Telephone No.:   (856) 547-6500

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 16-29747-MBK
John Hode                                                              Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin          Page 1 of 2          Date Rcvd: Dec 22, 2017
                            Form ID: pdf905      Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2017.
```
db          +John Hode,   208 Conifer Drive,    Forked River, NJ 08731-2830
sp          +Joseph Albanese,   915 Lacey Road,    Forked River, NJ 08731-1106
cr          +SANTANDER BANK, N.A.,   SANTANDER BANK, N.A.,,    400 Fellowship Road,   Suite 100,
              Mt. Laurel, NJ 08054-3437
516448766   +Capital One,   Bankruptcy Dept,    P.O. Box 30273,   Salt Lake City, UT 84130-0273
516584657    Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,    Malvern PA 19355-0701
516448767   +Client Services,   3451 Harry Truman Blvd,    Saint Charles, MO 63301-9816
516448770   +EIS Collections,   P.O. Box 1730,   Reynoldsburg, OH 43068-8730
516578818    Educational Credit Management Corporation,   P.O. Box 16408,    St. Paul, MN 55116-0408
516448771   +GC Services,   6330 Gulfton,   Houston, TX 77081-1198
516448775    NJ Attorney General Office,   Division of Law,    Richard J. Hughes Justice Complex,
              25 Market St, P.O. Box 112,   Trenton, NJ 08625-0112
516591967    Navient Solutions Inc.,   Department of Education Loan Services,    P.O. Box 9635,
              Wilkes-Barre, PA 18773-9635
516448778   +PNC Bank,   2730 Liberty Ave,   Pittsburgh, PA 15222-4747
516448777   +Pioneer Credit Recovery,   P.O. Box 158,   Arcade, NY 14009-0158
516641879   +SANTANDER BANK,N.A.,   601 PENN STREET, MC 10-6438-FB7,    READING, PA 19601-3563
516448776  ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court:  NJ Division of Taxation,   Compliance & Enforcement-Bankruptcy,
              50 Barrack Street, 9th Fl,   P.O. Box 245,   Trenton, NJ 08695-0267)
516448779   +Santander Bank,   P.O. Box 841002,   Boston, MA 02284-1002
516448780  ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court:  Toyota Financial Services,    Bankruptcy Dept,   P.O. Box 8026,
              Cedar Rapids, IA 52408)
516529879   +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,    PO Box 9013,
              Addison, Texas 75001-9013
516448781   +USAA Savings Bank,   PO Box 33009,   San Antonio, TX 78265-3009
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 22 2017 22:15:45     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 22 2017 22:15:41     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516448765   +E-mail/Text: bknotify@acsi.net Dec 22 2017 22:15:43     Automated Collection Svcs,
              2802 Opryland Drive,   Nashville, TN 37214-1200
516448768   +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 22 2017 22:16:46
              Credit Collection Services,   Two Wells Avenue, Dept 9136,   Newton, MA 02459-3225
516448769    E-mail/Text: mrdiscen@discover.com Dec 22 2017 22:15:03     Discover,   PO Box 30943,
              Salt Lake City, UT 84130
516457849    E-mail/Text: mrdiscen@discover.com Dec 22 2017 22:15:03     Discover Bank,
              Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
516448772   +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 22 2017 22:15:07     Kohl's,   P.O. Box 3043,
              Milwaukee, WI 53201-3043
516448773   +E-mail/Text: Bankruptcy@nslp.org Dec 22 2017 22:15:40     National Student Loan Program,
              P.O. Box 81408,   Lincoln, NE 68501-1408
516448774   +E-mail/PDF: pa_dc_claims@navient.com Dec 22 2017 22:17:31     Navient,   PO Box 9655,
              Wilkes Barre, PA 18773-9655
516690521   +E-mail/Text: bncmail@w-legal.com Dec 22 2017 22:15:52     USAA Savings Bank,
              C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
516448782   +E-mail/Text: RMOpsSupport@alorica.com Dec 22 2017 22:15:53     West Asset Management,
              P.O. Box 790113,   Saint Louis, MO 63179-0113
                                                                                             TOTAL: 11
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Dec 22, 2017
                              Form ID: pdf905          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
           jwh@trustesolutions.net
          John W. Hargrave    trustee@hargravelaw.com,    jwh@trustesolutions.net
          Michael Frederick Dingerdissen    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
          Steven J. Abelson    on behalf of Debtor John  Hode sjaesq@atrbklaw.com,
           atrbk1@gmail.com;r49787@notify.bestcase.com
                                                                                        TOTAL: 6
```