UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

ABELSON & TRUESDALE, LLC
By: Steven J. Abelson, Esq.
ID #SA 7987
63 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728
(732) 462-4773
Attorney for Debtor

In Re:

JOHN HODE

Order Filed on January 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-29747
Adv. No.:

Hearing Date: N/A

Judge: Hon. MICHAEL B. KAPLAN

## ORDER APPROVING
## MORTGAGE MODIFICATION

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: January 26, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**CAPTION OF ORDER:**

ORDER APPROVING MORTGAGE MODIFICATION

**CASE NO**: 16-29747
**ADV. NUMBER**:

**DATE OF HEARING**: n/a

**JUDGE**: HON. MICHAEL B. KAPLAN

-------------------------------------------------------------------------------------------------------------------

This matter having been opened to the Court by Counsel for the Debtor, Steven J. Abelson, Esq. Appearing, , with notice having been given to parties in interest, through counsel of record, and the Court having had the opportunity to review the application of the debtors and for the reasons set forth on the record and for good cause shown:

It is hereby:

**ORDERED** as follows:

1) Debtors' request for authorization to modify the existing mortgage with SANTANDER BANK, N.A. is granted.

2) No modification of the Creditor's Proof of Claim is required.

3) Debtor shall not be obligated to file amended schedules.