| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>ABELSON & TRUESDALE, LLC<br>By: Steven J. Abelson, Esq.<br>ID #SA 7987<br>63 West Main Street<br>P.O. Box 7005<br>Freehold, New Jersey 07728<br>(732) 462-4773<br>Attorney for Debtor | Order Filed on January 26, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>JOHN HODE | Case No.: 16-29747<br>Adv. No.:<br><br>Hearing Date: N/A<br><br>Judge: Hon. MICHAEL B. KAPLAN |

## ORDER APPROVING
## MORTGAGE MODIFICATION

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: January 26, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**CAPTION OF ORDER:**

ORDER APPROVING MORTGAGE MODIFICATION

**CASE NO**: 16-29747
**ADV. NUMBER**:

**DATE OF HEARING**: n/a

**JUDGE**: HON. MICHAEL B. KAPLAN

-------------------------------------------------------------------------------------------------------------------------

This matter having been opened to the Court by Counsel for the Debtor, Steven J. Abelson, Esq. Appearing, , with notice having been given to parties in interest, through counsel of record, and the Court having had the opportunity to review the application of the debtors and for the reasons set forth on the record and for good cause shown:

It is hereby:

**ORDERED** as follows:

1) Debtors' request for authorization to modify the existing mortgage with SANTANDER BANK, N.A. is granted.

2) No modification of the Creditor's Proof of Claim is required.

3) Debtor shall not be obligated to file amended schedules.

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 16-29747-MBK
John Hode                                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1            Date Rcvd: Jan 26, 2018
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2018.
db             +John Hode,    208 Conifer Drive,    Forked River, NJ 08731-2830

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
               jwh@trustesolutions.net
              John W. Hargrave    trustee@hargravelaw.com,    jwh@trustesolutions.net
              Michael Frederick Dingerdissen    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
              Steven J. Abelson    on behalf of Debtor John  Hode sjaesq@atrbklaw.com,
               atrbk1@gmail.com;r49787@notify.bestcase.com
                                                                                             TOTAL: 6